**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219-2801

Telephone (412) 644-2700

MICHAEL R. RHODES
CLERK OF COURT


**INSTRUCTIONS TO PETITIONER – INVOLUNTARY CASES**

**CASE NAME:**      GW Ridge LLC

**CASE NUMBER:**   21-22520-CMB


Summonses have been enclosed.

It is you responsibility to serve the summons upon the debtor.  Service of the summons, together with a copy of your petition, shall be within fourteen (14) days of the date of issuance. [See Federal Rules of Bankruptcy Procedure 1010 and 7004(f).]

The persons making service must complete the certificate of service enclosed herewith, and file the same with the Clerk's Office.


                                  Michael R. Rhodes
                                  Clerk, U.S. Bankruptcy Court


| November 23, 2021 | By: | Adriane Alampi |
|---|---|---|
| Date | | Deputy Clerk |

Enclosures


#36e-I

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| GW Ridge LLC | Case No. 21-22520-CMB |
| *Debtor(s)** | |

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the above named debtor:

A petition under title 11, United States Code was filed against you in this Bankruptcy Court on 11/22/2021, requesting an Order for Relief under Chapter 7 of the Bankruptcy Code (title 11 of United States Code).

YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court a Motion or Answer to the Petition within 21 days after the service of this Summons. A copy of the Petition is attached.

> Address of Clerk:
> Michael R. Rhodes
> Clerk, U.S. Bankruptcy Court
> 5414 U.S. Steel Tower
> 600 Grant Street
> Pittsburgh, PA  15219

At the same time you must also serve a copy of your Motion or Answer on Petitioner's Attorney.

> Name and Address of Petitioner's Attorney:
> Robert O. Lampl, Esq.
> 223 Fourth Avenue 4th Floor
> Pittsburgh, PA  15222

If you make a Motion, your time to serve an Answer is governed by Fed. R. Bankr. P. 1011(c). If you fail to respond to this Summons, the Order for Relief will be entered.

> Michael R. Rhodes, Clerk
> U.S. Bankruptcy Court

| November 23, 2021 | By: | Adriane Alampi |
|---|---|---|
| Date | | Deputy Clerk |

*Set forth all names, including trade names, used by the debtor within the last 8 years (Fed. R. Bankr. P. 1005).

94c-I

# CERTIFICATE OF SERVICE

I, _____, (name) certify that on _____ (date), I served the Summons and a copy of the Involuntary Petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____    Signature: _____

Print Name:        _____

Business Address:  _____

                                                                           _____