**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

GW Ridge LLC  :  Bankruptcy No: 21-22520-CMB

Debtor(s)  :

## ORDER DESIGNATING PRINCIPAL OPERATING OFFICER OR
## GENERAL PARTNER OF ALLEGED DEBTOR

AND NOW, this 23rd day of November, 2021, Justin Ballard having been designated as the principal of the above-captioned alleged debtor, said individual is HEREBY DESIGNATED as marked below:

☒ The principal operating officer upon whom all process and notices required to be served by Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules shall be served.

☐ The managing general partner upon whom all process and notices required to be served by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules shall be served.

By: _____Carlota M. Böhm_____

United States Bankruptcy Judge
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

cc:    Robert O. Lampl
       GW Ridge LLC
       Justin Ballard

#37c-I