# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: bsil | Date Created: 12/29/2021 |
| Case: 21–22520–CMB | Form ID: 309D | Total: 234 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Graybar Electric
15440780    Ryan Bastain
                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          GW Ridge LLC          135 Technology Drive          Suite 410          Canonsburg, PA 15317
ptcrd       Hayden Excavating LLC          407 Jefferson Road          Waynesburg, PA 15370
ptcrd       Black Diamond Equipment Rental LLC          732 McClellandtown Road          Uniontown, PA 15401
ptcrd       Oakdale Equipment Corporation          P.O. Box 177          Oakdale, PA 15071
ust         Office of the United States Trustee          Liberty Center.          1001 Liberty Avenue, Suite 970          Pittsburgh, PA 15222
poo         Justin Ballard          GW Ridge LLC          135 Technology Drive          Suite 410          Canonsburg, PA 15317
cr          Solid Rock Concrete LLC          P.O. Box 957          Waynesburg, PA 15370
cr          Hoy's Construction Co., Inc.          P.O. Box 957          Waynesburg, PA 15370
ptcrd       Hoy's Construction Co., Inc.          P.O. Box 957          Waynesburg, PA 15370
ptcrd       Solid Rock Concrete LLC          P.O. Box 957          Waynesburg, PA 15370
ptcrd       Graybar Electric          34 N. Meramec Ave.          St. Louis, MO 63105
tr          Pamela J. Wilson          810 Vermont Avenue          Pittsburgh, PA 15234
intp        Triton Environmental LLC          Alan D. Sweetbaum, Esq.          Sweetbaum Sands Ramming PC          1125 Seventeenth Street, Suite 2100          Denver, CO 80202
aty         Pamela J. Wilson          810 Vermont Avenue          Pittsburgh, PA 15234
aty         Gwenyth S. Gamble Jarvi          Campbell & Levine, LLC          310 Grant Street          Suite 1700          Pittsburgh, PA 15219
aty         Jordan S. Blask          Frost Brown Todd LLC          501 Grant Street          Suite 800          Pittsburgh, PA 15219
aty         Kathryn L. Harrison          Campbell & Levine, LLC          310 Grant Street          Suite 1700          Pittsburgh, PA 15219
aty         Pamela J. Wilson          810 Vermont Avenue          Pittsburgh, PA 15234
aty         Robert O Lampl          Robert O Lampl Law Office          Benedum Trees Building          223 Fourth Avenue, 4th Floor          Pittsburgh, PA 15222
smg         Pennsylvania Department of Revenue          Bankruptcy Division          P.O. Box 280946          Harrisburg, PA 17128–0946
smg         Pennsylvania Dept. of Revenue          Department 280946          P.O. Box 280946          ATTN: BANKRUPTCY DIVISION          Harrisburg, PA 17128–0946
15440621    2–C Equipment, LLC          PO Box 276          Jarrell, TX 76537
15440622    84 Lumber          PO Box 365          Eighty Four, PA 15330
15440623    A&A Supply          22155 Energy Hwy.          New Martinsville, WV 26155
15440631    ASTAR, Inc.          5801 N. Shartel Avenue          Oklahoma City, OK 73118
15440624    Adam Lewis Trucking          315 Green Valley Road          Carmichaels, PA 15320
15441864    Airgas USA          2015 Vaughn Road, Bldg 400          Kennesaw, GA 30144
15441865    Airgas USA          2015 Vaughn Road, Bldg 400          Kennesaw, GA 30144–3014
15440625    Airgas USA, LLC          PO Box 734445          Chicago, IL 60673
15440626    Alamaba Department of Revenue Withholding Tax Sect          PO Box 327480          Montgomery, AL 36132
15440627    Alliant Insurance Services          PO Box 8377          Pasadena, CA 91109
15440628    Amigos Equipment Corp.          PO Box 4145          Corpus Christi, TX 78469
15440629    Angler Environmental HGS/Enviro Resources Solution          6575 West Loop South          Bellaire, TX 77401
15440630    Ascent Consulting & Engineering          2361 Davisson Run Rd.          Clarksburg, WV 26301
15440632    Automation–X Corporation          4700 McMurry Avenue          Suite 108          Fort Collins, CO 80525
15440633    Badger          PO Box 95000          LB 1627          Philadelphia, PA 19195
15440634    Baker Tilly          2599 Wilmington Road          New Castle, PA 16105
15440635    Bell Supply          PO Box 1597          Gainesville, TX 76241
15440636    Benamati Water Service LLC          1564 East Roy Furman Hwy.          Carmichaels, PA 15320
15440637    Best Line Equipment          2266 University Drive          Lemont Furnace, PA 15456
15440638    Best One Tire          1496 Speedway Avenue          Fairmont, WV 26554
15440639    Big Horn Supply          4923 W. Interstate 20          Midland, TX 79706
15440640    Black Diamond Equipment Rental          732 McClellandtown Road          Uniontown, PA 15401
15440641    Border States Industries, Inc.          PO Box 2767          Fargo, ND 58108
15440642    Bracewell          711 Louisiana Street          Suite 2300          Houston, TX 77002
15440643    Bradco Supply Co.          80 Old Mills Road          Towanda, PA 18848
15440644    Bradford County Sanitation          13868 Rt. 14          Canton, PA 17724
15440645    BrandSafway          Global Corporate Headquarters          1325 Cobb International Drive          Suite A–1          Kennesaw, GA 30152
15440646    Brannan Aggregates          2500 E. Brannan Way          Denver, CO 80229
15440647    Bruce Brothers Tire Pros          100 Hillside Drive          Bethel Park, PA 15102
15440648    Bureau of Employment Programs          112 California Avenue          Charleston, WV 25305
15440649    CAM Integrated Solutions          17000 Katy Fwy. #200          Houston, TX 77094
15440652    CC Locating, LLC          8014 Cumming Hwy., 403–301          Canton, GA 30115
15440653    CED Energy          PO Box 913120          Denver, CO 80291
15440650    Carboline Company          2150 Schuetz Road          Saint Louis, MO 63146

| | | | | |
|---|---|---|---|---|
| 15440651 | Case/Sabatini | 470 Streets Run Road | Pittsburgh, PA 15236 | |
| 15440654 | Chrissy's Recycling & Solid Waste | PO Box 252 | Blacksville, WV 26521 | |
| 15440655 | Civil & Environmental | 333 Baldwin Road | Pittsburgh, PA 15205 | |
| 15440656 | Clearpoint IT Management | 3935 Washington Road | Box 952 | Canonsburg, PA 15317 |
| 15440657 | Cleveland Brothers | 4565 William Penn Highway | Attn: David D. Hough | Murrysville, PA 15668 |
| 15440658 | CleverOgre, Inc. | 707 E. Cervantes St. Suite B #153 | Pensacola, FL 32501 | |
| 15440659 | Colorado Department of Revenue | PO Box 17087 | Denver, CO 80217–0087 | |
| 15440660 | Commercial Radio Systems, LLC | PO Box 1396 | Canonsburg, PA 15317 | |
| 15440661 | Complete Pipeline Services | PO Box 70517 | Tuscaloosa, AL 35407 | |
| 15440662 | Consolidated Construction Test | 197 Wilson Switchback | Saint Marys, PA 15857 | |
| 15440663 | Contractor's Supply Corp. | 1–24th Street | Wheeling, WV 26003 | |
| 15440664 | Cozen O'Connor | One Oxford Centre | 301 Grant Street, 41st Floor | Pittsburgh, PA 15219 |
| 15440665 | Crile Consolidated | 1086 Jolly School Road | Washington, PA 15301 | |
| 15440666 | Cross Country Infrastructure | 2251 Rifle Street | Aurora, CO 80011 | |
| 15440667 | Cruver, Robbins & Fu, LLP | One Riverway | Suite 1700 | Houston, TX 77056 |
| 15440668 | Culligan of Pittsburgh | 211 Overlook Drive | Suites 1–4 | Sewickley, PA 15143 |
| 15440670 | DISA | 10900 Corporate Centre Drive | Houston, TX 77041 | |
| 15440669 | Department of Industrial Relations | 649 Monroe Street | Montgomery, AL 36131 | |
| 15440671 | Distribution NOW | PO Box 200822 | Dallas, TX 75320 | |
| 15440673 | EIV Capital | 811 Louisiana Street | Suite 254 | Houston, TX 77002 |
| 15440827 | EIV Capital Fund II, LP | 910 Louisiana St. | Suite 4010 | Houston, TX 77002 |
| 15440674 | EIV Capital Fund II, LP 9 | 10 Louisiana Street | Suite 4010 | Houston, TX 77002 |
| 15440675 | EIV Capital Fund III, LP | & EIV Capital Fund III–A, LP | 910 Louisiana Street Suite 4010 | Houston, TX 77002 |
| 15440828 | EIV Capital Fund III, LP | 910 Louisiana St. | Suite 4010 | Houston, TX 77002 |
| 15440829 | EIV GW Ridge, LLC | 910 Louisiana St. | Suite 4010 | Houston, TX 77020 |
| 15440672 | Edge NDT/RTS Financial Services | 566 E. Maiden Street | Suite 200 | Washington, PA 15301 |
| 15440676 | Employment Comission | PO Box 1358 | Richmond, VA 23218 | |
| 15440677 | Environmental Field Services | PO Box 590 | Bay Springs, MS 39422 | |
| 15440679 | Equipment Share | 15427 E. Fremont Drive | Englewood, CO 80112 | |
| 15440678 | Equipment and Controls, Inc. | PO BOx 536074 | Pittsburgh, PA 15253–5902 | |
| 15440680 | Express 4x4 | 3235 Sunset Lane | Hatboro, PA 19040 | |
| 15440686 | FIRST Insurance Funding | PO Box 7000 | Carol Stream, IL 60197–7000 | |
| 15440689 | FTG Texas | PO Box 40998 | Houston, TX 77240 | |
| 15440681 | Farmer Boy Restoration 2 | 38 Sunset Road | Canton, PA 17724 | |
| 15440682 | Fastenal | PO Box 1286 | Winona, MN 55987 | |
| 15440683 | Fedex | PO Box 223125 | Pittsburgh, PA 15251 | |
| 15440684 | Filtrexx International | PO Box 74007419 | Chicago, IL 60674 | |
| 15440685 | First Brother Island Properties | PO Box 629 | 200 Island Drive | Belmont, WV 26134 |
| 15440687 | Fluid Components International | 1755 La Costa Meadows Drive | San Marcos, CA 92078 | |
| 15440688 | FormTech Concrete Forms | 975 Ladd Road | Walled Lake, MI 48390 | |
| 15440690 | Furbay Electric Supply Co. | P.O. Box 72373 | Cleveland, OH 44192 | |
| 15440691 | Gallaway Glove & Safety Inc. | PO Box 128 | Eighty Four, PA 15330 | |
| 15440692 | Garrett Company LLC | 160 W. 2nd Street | Weston, WV 26452 | |
| 15440693 | GeoCorr, LLC | 5200 Mitchelldale Street Suite D8 | Houston, TX 77092 | |
| 15440694 | Graybar Electric Company | 900 Ridge Avenue | Pittsburgh, PA 15212 | |
| 15440695 | Groff Tractor Holdings, LLC | 6779 Carlisle Pike | Mechanicsburg, PA 17050 | |
| 15440696 | H. Rockwell Son, Inc. | 430 Troy Street | Canton, PA 17724 | |
| 15440697 | Haas, Inc. | PO Box 37 | Lower Salem, OH 45745 | |
| 15440698 | Hayden Excavating | PO Box 766 | Waynesburg, PA 15370 | |
| 15440699 | Hendrickson & Long | 214 Capitol Street | PO Box 11070 | Charleston, WV 25301 |
| 15440700 | Highway Equipment Company | 22035 Perry Highway | Zelienople, PA 16063 | |
| 15440701 | Hilko Construction Services | 173 McDowell Road | Transfer, PA 16154 | |
| 15440702 | Hog Lick Aggregate | 340 Hoglick Hollow | Fairmont, WV 26554 | |
| 15439317 | Hog Lick Aggregates, LLC | 340 Hoglick Hollow Rd | Fairmont, WV 26554 | |
| 15440703 | Horizon Supply | 311 White Street | New Castle, PA 16101 | |
| 15440704 | Hoy's Construction | PO Box 957 | Waynesburg, PA 15370 | |
| 15440705 | Huwa Enterprises, LLC | 4626 County Rd 65 | Keenesburg, CO 80643 | |
| 15440706 | Hytorc | 333 Route 17 North | Mahwah, NJ 07430 | |
| 15440707 | ICR Supply | 1 Commerce Parkway | Bellaire, OH 43906 | |
| 15440708 | Illinois Department of Revenue | PO Box 19052 | Springfield, IL 62794–9052 | |
| 15440709 | Industrial Training Services | 120 Max Hurt Drive | Murray, KY 42071 | |
| 15440710 | Insana Towing | 139 Ohio Street | Washington, PA 15301 | |
| 15440711 | Integrity Maintenance Group | 2926 Mercer Road | Columbia, MS 39429 | |
| 15440712 | Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | Philadelphia, PA 19101 |
| 15440713 | J&R Emerick, Inc. | 140 Petrie Road | Ellwood City, PA 16117 | |
| 15440715 | JM Test | 7323 Tom Drive | Baton Rouge, LA 70806 | |
| 15440716 | JMD Company | 5401 Progress Blvd. | Bethel Park, PA 15102 | |
| 15440714 | Jay D Enterprises | 253 E. 1st Street | Waynesburg, PA 15370 | |
| 15440717 | Job Service of North Dakota | PO Box 5507 | Bismarck, ND 58506 | |
| 15440718 | John Deere Construction & Forestry Comp. | 6400 NW 86th Street | Attn: Derek Klopfenstein | Johnston, IA 50131 |
| 15440719 | John Fabick Tractor Company | PO Box 952121 | Saint Louis, MO 63195–2121 | |
| 15440720 | Kansas Department of Revenue | PO Box 3506 | Topeka, KS 66625 | |
| 15440721 | Kay Industries, Inc. | PO Box 1323 | South Bend, IN 46624 | |
| 15440722 | Kennedy Hardware | PO Box 6605 | 3300 McColloch Street | Wheeling, WV 26003 |

| | | | | |
|---|---|---|---|---|
| 15440723 | Kentucky Department of Revenue | PO Box 856980 | Louisville, KY 40285 | |
| 15440724 | Keystone Collections | 546 Wendel Road | Irwin, PA 15642 | |
| 15440725 | Kimble Recycling & Disposal | PO Box 448 | Dover, OH 44622 | |
| 15440726 | Kirby–Smith Machinery | 6715 W. Reno Avenue | Oklahoma City, OK 73127 | |
| 15440727 | Knickerbocker Russell Co., Inc. | 4759 Campbells Run Road | Pittsburgh, PA 15205 | |
| 15440728 | LEAF Capital Funding, LLC | 1720A Crete Street | Moberly, MO 65270 | |
| 15440729 | Lewis Erosion Control | 192 Clark Hill Road | Linden, PA 17744 | |
| 15440730 | Lion Industries, LLC | PO Box 455 | Saint Clairsville, OH 43950 | |
| 15440731 | Littler Mendelson, PC | PO Box 207137 | Dallas, TX 75320–7137 | |
| 15440732 | Louisana Workforce Commission | PO Box 94094 | Baton Rouge, LA 70804 | |
| 15440733 | MacAllister Rentals | 6870 West Washington Street | Indianapolis, IN 46241 | |
| 15440734 | Marimon A FTG Company | 21146 Network Place | Chicago, IL 60673 | |
| 15440735 | Mason Dixon Farm Service | 340 Apple Hill Road | Waynesburg, PA 15370 | |
| 15440736 | Matheson Tri–Gas, Inc. | PO Box 347297 | Pittsburgh, PA 15251–4297 | |
| 15440737 | Matthew J. Kasper | 5411 California Avenue | Bethel Park, PA 15102 | |
| 15440738 | Mayer Brown LLP | 311 W. Monroe Street Suite 600 | Chicago, IL 60606 | |
| 15440739 | McClymonds Supply 2 | 96 Currie Road | Portersville, PA 16051 | |
| 15440740 | McCullough Farms LLC | 63 McCullough Road | Sharpsville, PA 16150 | |
| 15440741 | Michigan Department of Treasury | 430 W. Allegan Street | Lansing, MI 48933 | |
| 15440742 | Miete, LLC | 4626 County Rd. 65 | Keenesburg, CO 80643 | |
| 15440743 | Model Apparel | 100 Third Street | Charleroi, PA 15022 | |
| 15440744 | Monroe County Engineer | PO Box 555 | Woodsfield, OH 43793 | |
| 15440745 | Morgan White | PO Box 14067 | Jackson, MS 39236 | |
| 15440746 | Murphy Tractor | 5375 N. Deere Rd. | Wichita, KS 67219 | |
| 15440747 | NAPA Bridgeville | 3014 Washington Pike | Bridgeville, PA 15017 | |
| 15440748 | Needs Farm LLC | 290 Baltimore Somerset Rd. | Baltimore, OH 43105 | |
| 15440749 | New York Dept. of Taxation & Finance | Bankruptcy Section | PO Box 5300 | Albany, NY 12205–0300 |
| 15440750 | North Dakota Workfore Safety | PO Box 5585 | Bismarck, ND 58506 | |
| 15440751 | Northstar Marine, Inc. | 36 Clermont drive | Clermont, NJ 08210 | |
| 15440753 | OEC Rentals | PO Box 177 | Oakdale, PA 15071 | |
| 15440752 | Occupational Health Ctr. of SW | PO Box 9008 | Broomfield, CO 80021 | |
| 15440754 | Oesterling's Concreet, Inc. | 690 Glenwood Way | Butler, PA 16001 | |
| 15440755 | Office of State Tax Commisioner | 600 E. Boulevard Ave. | Dept. 127 | Bismarck, ND 58505–0599 |
| 15440756 | Ohio Bureau of Workers' Compensation | PO Box 89492 | Cleveland, OH 44101 | |
| 15440757 | Ohio Department of Taxation | PO Box 2679 | Columbus, OH 43270 | |
| 15440758 | Oklahoma Department of Taxation | PO Box 26860 | Oklahoma City, OK 73126 | |
| 15440759 | PA Department of Revenue | PO Box 280904 | Harrisburg, PA 17128 | |
| 15440760 | PA Dept. of Labor & Inudstry | Office of Unemployment Compensation | PO Box 68568 | Harrisburg, PA 17106 |
| 15440770 | PSS | 2037–B Gibsonton Road | Belle Vernon, PA 15012 | |
| 15440771 | PTW | 1901 Mayview Road | Bridgeville, PA 15017 | |
| 15440761 | PacVan | 2004 McKees Rocks Road | McKees Rocks, PA 15136 | |
| 15440762 | Partners Capital Group | 2021E Sandpointe | Suite 500 | Santa Ana, CA 92707 |
| 15440763 | Penn Tool Sales and Services | 625 Bev Road | Youngstown, OH 44512 | |
| 15440764 | Perkins Supply, Inc. | 2966 Northwest Turnpike | Pennsboro, WV 26415 | |
| 15440765 | Power Plan (OBO 5 Star) | PO Box 176 | Scranton, PA 18512 | |
| 15440766 | Precision Laser & Instrument | 85 Eleventh Street | Ambridge, PA 15003 | |
| 15440767 | Precision Pump & Valve | 1155 E. McNeese Street | Lake Charles, LA 70607 | |
| 15440768 | ProFire Energy, Inc. | 321 S. 1250 West | Suite 1 | Lindon, UT 84042 |
| 15440769 | ProGro Environmental | 458 Hillvale Road | Somerset, PA 15501 | |
| 15440772 | R&M Investment Group, LLC | Bailey Center 1, Suite 008 | 125 Technology Drive | Canonsburg, PA 15317 |
| 15440775 | REM Directional Inc. | 13286 Country Road 20 | Boligee, AL 35443 | |
| 15440773 | Rain for Rent | 385 Technology Drive | Triadelphia, WV 26059 | |
| 15440774 | Ramsey Welding, Inc. | 5360 E. 900th Avenue | Altamont, IL 62411 | |
| 15440776 | Rettew Field Services, Inc. | 3020 Columbia Avenue | Lancaster, PA 17603 | |
| 15440777 | Rodney Rohrbaugh Trucking, Inc. | PO Box 202 | Caldwell, OH 43724 | |
| 15440778 | Ron's Portajohns | 346 Indian Run Road | Marietta, OH 45750 | |
| 15440779 | Russ Industrial Solutions | 3285 Pittsburgh Road | PO Box 678 | Perryopolis, PA 15473 |
| 15440783 | SEMI–Sunbelt Eq. Marketing, Inc. | 500 Davenport Drive | College Station, TX 77845 | |
| 15440781 | Schneider Electric Systems, Inc. | 38 Neponset Avenue | Foxboro, MA 02035 | |
| 15440782 | Scotti Law Group | 1910 Cochran Road | Suite 441 | Pittsburgh, PA 15220 |
| 15440784 | Shalata's Land Clearing | 720 Cabin Lane | Meshoppen, PA 18630 | |
| 15440785 | Shamblin Stone | 2950 Charles Avenue | Dunbar, WV 25064 | |
| 15440786 | Sherwin Williams Co. | 101 W. Prospect Avenue | Cleveland, OH 44115 | |
| 15440787 | Silicon Valley Bank | 1000 Louisiana Street | Suite 1990 | Houston, TX 77002 |
| 15440788 | Simpson Reinforcing | PO Box 6104 | Hermitage, PA 16148 | |
| 15440789 | Smyrna Ready Mix Concrete, LLC | 1136 Second Avenue North | Nashville, TN 37208 | |
| 15440790 | Solid Waste Services of WV | PO Box 7190 | Audubon, PA 19407 | |
| 15440791 | South Carolina Dept. of | Employment and Workforce | PO Box 995 | Columbia, SC 29202 |
| 15440792 | South Carolina Dept. of Revenue | PO Box 125 | Columbia, SC 29214 | |
| 15440793 | Speedy Hose & Equipment Repair | 3044 Industrial Blvd. | Unit #2 | Bethel Park, PA 15102 |
| 15440794 | Stanion Wholesale Elec. Co. | 812 S. Main Street | PO Drawer F Pratt, KS 67124 | |
| 15440795 | Staples | PO Box 105638 | Atlanta, GA 30348 | |
| 15440796 | State Electric | 2010 2nd Avenue | Huntington, WV 25703 | |
| 15440797 | State Pipe Services, Inc. | 7587 Franklin Road | Cranberry Twp, PA 16066 | |

| | | | |
|---|---|---|---|
| 15440798 | Stuck Enterprises | 1115 E. High Street | Waynesburg, PA 15370 |
| 15440799 | Sunbelt Rentals | PO Box 409211 | Atlanta, GA 30384 |
| 15440800 | Suteera Williams – IGB Resources | 2940 Moss Bridge Lane | Myrtle Beach, SC 29579 |
| 15440801 | TEAM Industrial Services | 711 Parkway View Drive Suite 7 | Pittsburgh, PA 15205 |
| 15440807 | TSPS | PO Box 529 | Duson, LA 70529 |
| 15440802 | Tesa Company, Inc. | 872 Staunton Turnpike | Parkersburg, WV 26104 |
| 15440803 | Top Tier Chemicals | 75 S. Clinton Avenue Suite 510 | Rochester, NY 14604 |
| 15440804 | Traco Production Services | PO Box 1139 | Youngsville, LA 70592 |
| 15440805 | Tri State Supply | 100 Buffalo Center Lane | Washington, PA 15301 |
| 15440806 | Triton Environmental, LLC | 14400 E. Otero Avenue | Englewood, CO 80112 |
| 15440809 | US Ecology, Inc. | PO Box 307 | Robstown, TX 78380 |
| 15440810 | US Tool | PO Box 5986 | Greenville, SC 29606 |
| 15440808 | United Rentals Exchange LLC | PO Box 100711 | Atlanta, GA 30384–0711 |
| 15440811 | Virginia Department of Taxation | PO Box 760 | Richmond, VA 23218 |
| 15440821 | WVU Hospitals | 1 Medical Center Drive | Morgantown, WV 26506 |
| 15440822 | WVU Medical Corp d/b/a UHA | PO Box 780 | Morgantown, WV 26507 |
| 15440812 | Walker Benefits | 2599 Wilmington Road | New Castle, PA 16105 |
| 15440813 | Warner Tractor & Equipment | 9848 Route 6 | Troy, PA 16947–9477 |
| 15440814 | Washington – E Wash Joint Auth. | PO Box 510 | Washington, PA 15301 |
| 15440815 | Washington Ford | 507 Washington Road | Washington, PA 15301 |
| 15440816 | Wesson Septic Tank Service | 707 Poplar Springs Church Road | Shelby, NC 28152 |
| 15440817 | West Virginia State Tax Department | PO Box 784 | Charleston, WV 25323 |
| 15440818 | Western Supplies, Inc. | PO Box 551 | Wichita Falls, TX 76307 |
| 15440819 | Wex Enerprise | PO Box 639 | Portland, ME 04104 |
| 15440820 | Willy's Fuel | 261 Ledyard Street | New London, CT 06320 |
| 15440823 | Wysox Sand & Gravel | 1376 Leisure Drive | Towanda, PA 18848 |
| 15440824 | Yager Materials Corp. | PO Box 2000 | Owensboro, KY 42302 |
| 15440825 | Yak Mat | 2438 Highway 98 East | Columbia, MS 39429 |
| 15440826 | Zprime Technologies | 2450 S. Bridge Rd. | Washington, PA 15301 |

TOTAL: 232