IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------------x
In re:                                          :    Case No. 21-22520-CMB
                                                :
GW RIDGE, LLC                                   :    Chapter 7
                                                :
                                                :
                                                :
                                                :
          Debtor.                               :
                                                :
(Employer Tax I.D. No. 83-2054127)              :
------------------------------------------------------------x
```

## MOTION FOR *PRO HAC VICE* ADMISSION

1. This motion for admission *pro hac vice* is being filed on behalf of: Anthony J. Degirolamo, Esq., 3930 Fulton Dr., N.W., Ste. 100B, Canton, Ohio 44718, (330) 305-9700, tony@ajdlaw7-11.com, Ohio Bar No. 0059265 by Erica K. Dausch of the law firm of Babst, Calland, Clements and Zomnir, P.C., Two Gateway Center, Pittsburgh, PA 15222.

2. Applicant represents The Furbay Electric Supply Co. 208 Schroyer Ave., S.W., Canton, Ohio 44706. Accompanying this Motion is the required $70 filing fee paid using the Movant's CM/ECF account at the time of filing.

3. Applicant is a member in good standing of the Bar of the State of Ohio and the United States District Court for the Northern District of Ohio, is not the subject of any pending disciplinary matters, is personally familiar with the *Local Bankruptcy Rules* of the United States Bankruptcy Court for the Western District of Pennsylvania and shall abide by those *Local Bankruptcy Rules*.

4. Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Western District of

Pennsylvania: Erica K. Dausch, Babst Calland, Two Gateway Center, Pittsburgh, PA 15222, (412) 394-5400, edausch@babstcalland.com, PA Bar No. 306829.

5. Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 9010-1(c) and 9010-1(d).

6. Applicant has previously received *Pro Hac Vice* admission to this Court in 2001 in the matter of In re Loranger Manufacturing Corporation, Case No. 01-12307.

Dated: January 6, 2022
Pittsburgh, Pennsylvania

Respectfully submitted,

BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.

By: */s/ Erica K. Dausch*
Erica K. Dausch, Esquire
PA ID No. 306829
edausch@babstcalland.com
Two Gateway Center, 7th Floor
Pittsburgh, PA 15222
(412) 394-5400

*Counsel to The Furbay Electric Supply Co.*