## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------------x
In re:                                          :    Case No. 21-22520
                                                :
GW RIDGE, LLC                                   :    Chapter 7
                                                :
                                                :
                                                :
         Debtor.                                :
                                                :
(Employer Tax I.D. No. 83-2054127)              :
-----------------------------------------------------------x
```

## ORDER OF COURT

AND NOW, this ___ day of _____, 2022, upon consideration of the record and the foregoing Motion for *Pro Hac Vice* Admission of Anthony J. DeGirolamo, Esquire, it is hereby ORDERED, ADJUDGED AND DECREED, that Anthony J. DeGirolamo, Esquire may appear before this court *pro hac vice* as counsel for The Furbay Electric Supply Co. in the present matter.

BY THE COURT:

_____
Hon. Carlota M. Böhm
United States Bankruptcy Court