B-2050
(12/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| GW Ridge LLC | : | |
| | : | Case No. 21-22520-CMB |
| *Debtor(s)\** | : | |
| | : | |
| | : | |
| | : | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Notice is given that the proof of claim date of January 31, 2022 was erroneously set in the Meeting of Creditors Notice. Please note that the correct Proof of Claim Deadline is February 22, 2022.
.

                          Michael R. Rhodes, Clerk
                          U.S. Bankruptcy Court

January 13, 2022            By:    /s/ Dmitriy Kampov
                                                Deputy Clerk

_____

\*Set forth all names, including trade names, used by the debtor within the last 8 years (Bankruptcy Rule 1005).  For joint debtors, set forth both Social Security Numbers.

#47d-D